## INTERNATIONAL PRODUCTS CORPORATION v. UNITED STATES

**No. 8055.**—Entered at Houston, Tex.
Entry No. 854–H.

(Decided September 25, 1951)

*Philip Stein* for the plaintiff.

*David N. Edelstein,* Assistant Attorney General (*Joseph E. Weil,* special attorney), for the defendant.

EKWALL, Judge: This is an appeal for reappraisement of a quantity of quebracho wood extract imported from Buenos Aires, Argentina. At the hearing at the port of Houston, Tex., counsel entered into a stipulation of fact on the basis of which I find that export value, as defined in section 402 (d) of the Tariff Act of 1930, is the proper basis of value and that such value is $0.08402 per pound net weight, packed. Judgment will be rendered accordingly.